UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                Case No.  07-cr-72-01-SM

Osuyuwamen Ojo

O R D E R

Defendant Ojo's motion to continue the final pretrial conference and trial is granted (document 14).   Trial has been rescheduled for the November 2007 trial period.   Defendant Ojo shall file a waiver of speedy trial rights not later than September 17, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  October  30, 2007 at  11:00 a.m.

**Jury Selection**:  November 6, 2007 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

September 5, 2007

cc: Bjorn Lange, Esq.
　　Terry Ollia, AUSA
　　US Probation
　　US Marshal